# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
PA 1-750-515

Effective date of registration:
June 15, 2011

## Title
**Title of Work:** Honey Badger Don't Care

## Completion/Publication
**Year of Completion:** 2011
**Date of 1st Publication:** January 18, 2011    **Nation of 1st Publication:** United States

## Author
- **Author:** Christopher Zane Gordon
  **Author Created:** text and narration as contained in the video soundtrack
  **Work made for hire:** No
  **Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Christopher Zane Gordon
23942 Race Street, Newhall, CA, 91321, United States

## Limitation of copyright claim
**Material excluded from this claim:** musical recording
**New material included in claim:** text and narration as contained in the video soundtrack

## Certification
**Name:** Rory J. Radding
**Date:** June 15, 2011
**Applicant's Tracking Number:** 67653-5000.800

**Correspondence:** Yes

---

Action: N/A
RECEIVED
Edwards Wildman Palmer LLP
New York IP Docket
OCT 3 2011
Resp. Pty: RR / DIG
Due Date: N/A
Client/Case #: 31-6783 -TBD